**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **LORENE DEIST, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 06-630-WDS** |
| | ) | |
| **MERCK & CO., INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: August 31, 2006.**

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**

Case reassigned to United States District Judge David R. Herndon.  All future pleadings shall bear Case No. 06-630-DRH.